UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Allied Transit Corp, et al.,

                              Plaintiffs,

        -against-

Local 854 Pension Fund,

                              Defendant.
----------------------------------------------------------------X

7:21-cv-10556-CS-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

        On November 30, 2022, discovery in this action was stayed pending completion of summary judgment briefing in *Mar-Can Transportation Co. v. Local 854 Pension Fund*, S.D.N.Y. 20-cv-8743. (ECF No. 43). Since then, the Court has not lifted the stay. (*See* ECF Nos. 46, 49). On March 22, 2024, the Court resolved the summary judgment motion in *Mar-Can*. *See Mar-Can Transp. Co. v. Loc. 854 Pension Fund*, No. 20-cv-8743, 2024 WL 1250716 (S.D.N.Y. Mar. 22, 2024). In light of the *Mar-Can* decision, the parties are directed to submit a joint letter, by no later than April 22, 2024, providing the Court with an update on the status of this action.

        **SO ORDERED.**

DATED:    White Plains, New York
                April 9, 2024

                                                        VICTORIA REZNIK
                                                          United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2024