**MEMO ENDORSED**

# LAW OFFICES OF JENNIFER SMITH PLLC

One Liberty Plaza
165 Broadway, 23rd Floor
New York, NY 10006

(347) 342-2213
jsmith@jennifersmithlaw.com

April 12, 2024

<u>VIA ECF</u>
Hon. Victoria Reznik, USMJ
United States District Court, SDNY
300 Quarropas St.
White Plains, NY 10601-4150

      RE: *Allied Transit Corp. et al.. v. Local 854 Pension Fund*
         Docket No. 21-cv-10556 (CS)(VR)

Dear Judge Reznik,

  We represent Plaintiffs Allied Transit Corp., Empire State Bus Corp., and Empire Charter Service, Inc. (collectively, "Allied" or "Plaintiffs") in the above-referenced case. Pursuant to the Court's order dated April 9, 2024, which required the parties to file a joint status letter on or before April 22, 2024, the parties met-and-conferred on April 10, 2024, to discuss the status of this action in light of the March 22, 2024, order in the related case of *Mar-Can v. Local 854 Pension Fund*, 20-cv-8743.

  The parties believe that they may be able to reach agreement on multiple issues. However, counsel for the Fund is seeking guidance from his client on certain matters. He anticipates that he will be ready to resume the meet-and-confer by the end of next week. However, Plaintiffs' counsel will then be out of the office, returning April 22.

  The parties therefore jointly request a two-day extension of the April 22, 2024 deadline to file a joint status letter, to April 24, 2024.

                Respectfully submitted,

                /s *Jennifer S. Smith*

                Jennifer S. Smith

cc: Joseph E. Clark (via ECF)
   Sydney Juliano (via ECF)
   PROSKAUER ROSE LLP
   Eleven Times Square
   New York, NY 10036
   jclark@proskauer.com
   sjuliano@proskauer.com
   *Counsel to Defendant Local 854 Pension Fund*

The parties' request for a two-day extension of the deadline to file a joint status letter is **GRANTED**. The status letter is due by **April 24, 2024**.

APPLICATION GRANTED

*[signature]*
Hon. Victoria Reznik, U.S.M.J.

**Dated:** April 12, 2024