UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Allied Transit Corp. et al,

                                Plaintiff(s),

                    v.

Local 854 Pension Fund,

                                Defendant(s).
----------------------------------------------------------------X

**JUDGMENT**

7:21-CV-10556 (CS) (VR)

It is hereby **ORDERED, ADJUDGED AND DECREED:** as set forth in ECF Nos. 55 and 68, Judgment is hereby entered for Plaintiffs on their claims under 29 U.S.C. § 1415 requiring Defendant to transfer pension assets and liabilities (to the extent it has not already done so); to calculate the corresponding reduction in Plaintiffs' withdrawal liability, and to provide Plaintiffs, within fourteen (14) days, an accounting of their withdrawal liability overpayments, and the calculated interest using the applicable rates.

DATED: White Plains, New York
              August 21, 2024

So Ordered:

_Cathy Seibel_
U.S.D.J.

DANNY ORTIZ
_____
Acting Clerk of Court

BY: _____
Deputy Clerk